UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE HYUN SON<br><br>                Plaintiff,<br><br>    v.<br><br>TOURO COLLEGE OF DENTAL MEDICINE, TOURO UNIVERSITY SYSTEM, KAREN LONGO, and DEAN RONNIE MYERS,<br><br>               Defendants. | 25-CV-7236 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    At 5:02 p.m. today, Plaintiff filed a Motion for a Temporary Restraining Order and Order to Show Cause seeking a stay of the termination of Plaintiff's SEVIS record. The Court held a brief telephone conference shortly thereafter, at which time the parties consented to stay the termination of Plaintiff's SEVIS record through Wednesday September 3, 2025 at 5:00 p.m. Accordingly is hereby:

    ORDERED THAT Plaintiff's SEVIS record remain active until September 3, 2025 at 5:00 p.m or until Judge Hellerstein determines otherwise.

    IT IS FURTHER ORDERED THAT by noon on September 3, 2025, Defendant shall submit a response to Plaintiff's motion.

SO ORDERED.

Dated: August 29, 2025
       New York, New York

_____
Ronnie Abrams
United States District Judge