# MEYER SUOZZI
ATTORNEYS AT LAW

Paul F. Millus

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Dir: 516-592-5933   Tel: 516-741-6565
Fax: 516-741-6706
pmillus@msek.com
www.msek.com

September 3, 2025

*[Handwritten annotation: App'n denied. I will endeavor to read defendants' submission, but hearing will proceed as scheduled. 9-3-25 /s/ AKH]*

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Lee Hyun Son v. Touro College of Dental Medicine, et al.*
     Case No.: 25-CV-7236-AKH

Dear Judge Hellerstein:

We are the attorneys for defendants Touro College of Dental Medicine, Touro University System, Karen Longo and Dean Ronni Myers ("Defendants") in this civil action. We write in connection with Your Honor's Order dated August 29, 2025 requiring Defendants to submit opposition to Plaintiff's application for a temporary restraining order by noon today. We respectfully request a brief extension of time in order to submit Defendants' opposition.

Yesterday, after being retained by Touro University, I wrote to Plaintiff's counsel requesting that he agree to extend Defendants' time to submit papers until noon on Thursday, September 4, 2025. He agreed provided that the status quo as per Your Honor's Order of August 29, 2025 remained in place, to which I agreed. I was in the process, at that point, of filing a Notice of Appearance and did not see Your Honor's order issued yesterday, which set a hearing date for September 4, 2025 at 10:30 a.m. in the event that Your Honor did not rule on Plaintiff's application by 5:00 p.m. today, assuming that responsive papers would be filed by noon today.

This brief extension would permit Defendants the opportunity to submit responsive papers in opposition to the application that are more fulsome and would be of assistance to the Court. Accordingly, we respectfully request the extension until tomorrow at noon. However, if the Court wishes to maintain its schedule of conducting a hearing tomorrow, we will do all we can to file the papers by today, but we request that the time to do so be extended until 5:00 p.m., which we hope would accommodate our request as well as the Court's desire to address this matter with alacrity.

GARDEN CITY
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530-9194
Tel: 516-741-6565 I Fax: 516-741-6706

NEW YORK CITY
1350 Broadway, Suite 1420
New York, New York 10018-0026
Tel: 212-239-4999 I Fax: 212-239-1311

WASHINGTON, D.C.
750 Ninth Street NW Suite 501
Washington, DC 20036
Tel: 202-887-6726 I Fax: 202-223-0358

September 3, 2025
Page 2

Thank you for your consideration.

Respectfully submitted,

*Paul F. Millus*

Paul F. Millus

PFM:mr

cc: All Counsel of Record (By ECF)

6078063