260 MADISON AVENUE, 16TH FLOOR
NEW YORK, NY 10016
TEL: (212) 423-0305
BILL@KERRLLP.COM



WILLIAM B. KERR

February 10, 2026

By Facsimile:
(212) 805-7942
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

**So ordered.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**February 11, 2026**

Re:   *Lee Hyun Son v. Touro College of Dental Medicine, et al.*, Civ. Action No. 25-CV-07236

Dear Judge Hellerstein:

I am counsel for Plaintiff, Lee Hyun Son ("Plaintiff") in the above-referenced matter.

Plaintiff respectfully requests a two-week extension of time to respond to Defendants' motion to dismiss [Doc. No. 46] from February 18, 2026 through and including March 4, 2026; with Defendant's reply due March 18, 2026; and a return date of March 19, 2026 at 9:30 a.m.

Defendants have consented to and join in this request. This is the first request to extend the parties' briefing schedule on this motion. No other dates are affected by this request.

Thank you.

Respectfully Submitted,

William B. Kerr

cc:   Paul Millus
        By fax: 516-741-6706